# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEATHIA DUVALL,** *individually and as administratrix of the estate of Christopher Sowell, et al.,*<br>**Plaintiffs,**<br><br>v.<br><br>**ADRIAN HUSTLER,** *et al.,*<br>**Defendants.** | **CIVIL ACTION NO. 18-3278** |

## ORDER

**AND NOW,** this 19th day of March 2020, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 23] and the responses and replies thereto, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED** as to Counts Four, Five, Six, Seven, and Eight.

2. The Motion is **GRANTED** as to the portion of Count Nine, Plaintiffs' *Monell* claim, based on the City's failure to train and equip officers with tasers.

3. The Motion is **DENIED** as to the portion of Count Nine, Plaintiffs' *Monell* claim, based on the City's failure to supervise and discipline officers.

4. The Motion is **DENIED** as to Counts One, Two, and Three.

   It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.